AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 09/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Church Street, E300
Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Sole Member | Rosewood Martin, LLC |
| 2. | Director, Shareholder, Officer | Powermaster, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Neurological Care Center of Montgomery AL Salary reported on Form W-2 |
| 2. 2017 | W-2 wages from Jackson Hospital & Clinic Montgomery, AL |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. | Troy Bank & Trust Company | Line of Credit | L |
| 3. | Wells Fargo Bank | Line of Credit | J |
| 4. | Wells Fargo Bank Overdraft Protection | Line of Credit for overdraft protection on checking account at Wells Fargo Bank (Part VII, Line 17) | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. | Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. | North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. | North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 5. | North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. | Barn Property Troy, AL | | None | K | W | | | | | |
| 7. | Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 8. | Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 9. | Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 10. | Pike Co. AL Farm #6 (19% interest) (Known as Turkey Mountain LLC) | A | Distribution | K | W | | | | | |
| 11. | Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 12. | WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. | Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. | Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 15. | Principal Life Ins Co "Universal Life Protector" Universal life policy | | | J | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | Northwestern Mutual TM 010 Extraordinary Life | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LPL Financial IRA Account # 2 Summary total (H) | | None | | | | | | | |
| 19. LPL Financial IRA Account #2 Brokerage Cash | A | Int./Div. | | | Merged (with line 24) | 07/13/17 | J | | |
| 20. American Funds IRA #2INVESTMENT COMPANY OF AMERICA CL C AICFX - IRA #2 | A | Dividend | | | Merged (with line 25) | 07/13/17 | J | | |
| 21. American Funds - Capital Income Builder Fund Class F CIBFX IRA #2 | D | Dividend | | | Merged (with line 26) | 07/13/17 | M | | |
| 22. INVESTMENT COMPANY OF AMERICA CL F1 AICCX -IRA #2 | A | Dividend | | | Merged (with line 27) | 07/13/17 | J | | |
| 23. Ameriprise Financial Services, Inc. Brokerage IRA #2 (H) | | | | | | | | | |
| 24. Ameriprise Financial Services, Inc. Brokerage IRA #2 Brokerage Cash | A | Int./Div. | J | T | | | | | |
| 25. American Funds IRA#2 INVESTMENT COMPANY OF AMERICA CL C AICFX - IRA #2 | A | Dividend | J | T | | | | | |
| 26. American Funds - Capital Income Builder Fund Class F CIBFX IRA #2 | D | Dividend | M | T | | | | | |
| 27. INVESTMENT COMPANY OF AMERICA CL F1 AICCX -IRA #2 | A | Dividend | J | T | | | | | |
| 28. LPL Financial IRA Account #1 - Summary Total (H) | | None | | | | | | | |
| 29. LPL Financial IRA Account #1 Brokerage Cash | A | Interest | | | Merged (with line 40) | 07/24/17 | J | | |
| 30. ALGER CAP APPREC FUND IRA #1 | A | Dividend | | | Sold | 07/25/17 | K | C | |
| 31. AMER BEACON HY YLD OPRTYS FUND IRA #1 | A | Dividend | | | Sold | 07/24/17 | J | A | |
| 32. DOUBLELINE TOTAL RETURN BOND FUND IRA#1 | A | Dividend | | | Sold | 07/24/17 | K | D | |
| 33. JOHN HANCOCK DISCIPLINED VAL IRA #1 | A | Dividend | | | Sold | 07/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. JOHN HANCOCK DISCPLINED VAL MID CAP FD IRA #1 | A | Dividend | | | Sold | 07/24/17 | J | C | |
| 35. JP MORGAN CORE BOND SELECT IRA #1 | A | Dividend | | | Sold | 07/24/17 | K | B | |
| 36. MFS RESEARCH FUND CLASS I IRA #1 | A | Dividend | | | Sold | 07/24/17 | J | C | |
| 37. PRUDENTIAL TOT RET BD FD IRA #1 | A | Dividend | | | Sold | 07/24/17 | K | B | |
| 38. RIDGEWORTH SEIC FLOATING RATE HIGH INCOME CL IRA #1 | A | Dividend | | | Sold | 07/24/17 | J | A | |
| 39. Ameriprise Financial Services, Inc. Advisory IRA #3 (H) | | | | | | | | | |
| 40. Ameriprise Financial Services, Inc. Advisory IRA #3 Cash | A | Int./Div. | J | T | Open | 07/24/17 | J | | |
| 41. 73 Shares AT&T Common stock IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 42. ISHARES CORE MSCI EAFE ETF IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 43. ISHARES IBOXX SINVESTMENT GRADE IRA#3 CORP BOND ETF | A | Dividend | K | T | Buy | 07/25/17 | K | | |
| 44. ISHARES 7-10YR TREASURY BOND ETF IRA#3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 45. ISHARES 1-3 YR TREASURY BOND ETF IRA#3 | A | Dividend | K | T | Buy | 07/25/17 | K | | |
| 46. ISHARES RUSSELL 3000 ETF IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 47. ISHARES MBS ETF IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 48. ISHARES CORE MSCI EAFE ETF IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 49. 20 Shares JOHNSON & JOHNSON Common stock IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 50. 22 shares PEPSICO INC Common stock IRA#3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. POWERSHARES SENIOR LOAN PORT ETF IRA#3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 52. POWERSHARES EMERGING MARKETS SOVEREIGN DEBT ETF IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 53. SPDR BLOOMBERG BARCLAYS SHORT-TERM HIGH YIELD BOND ETF IRA#3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 54. VANGUARD SHORT TERM CORP BOND IRA #3 | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 55. Troy Bank & Trust Company | A | Interest | J | T | | | | | |
| 56. Residential rental real property, Pike Road, Montgomery Co., Alabama | C | Rent | | | Sold | 08/01/17 | N | A | Stephen E & Mary E Harmon |
| 57. Real Property, Lot A, behind current residence 1.16 acres | | None | K | R | Buy | 02/15/17 | K | | After the Rain, LLC |
| 58. Real Property, Lot B, behind Lot A, 1.03 acres | | None | K | R | Buy | 08/07/17 | K | | After the Rain, LLC |
| 59. Real Property, Lot B, behind Lot A, sold 0.39 acres leaving .64 acres | | None | K | R | Sold (part) | 09/06/17 | J | | Cecile M Rice |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 18 is the summary of all positions in IRA # 2 held at LPL Financial Services. This account was transferred to Ameriprise Financial Services and is also labeled IRA #2. This is the spouse's account. There were no distributions from the account during the year, so the income was left blank, indicating no distributions received.

Line 25 is the total of all securities and cash in IRA #1. There were no distributions from the account during the year, so the income was left blank, indicating no distributions received while held by LPL Financial. Lines 26 - 35 reflect the individual holdings in IRA account #2. The account was transferred from LPL Financial to Ameriprise Financial Services, Inc. on 7/24/2017 and the assets on Lines 26-35 were sold as indicated from the Ameriprise account, labeled IRA #3.

Line 36 income reported represents an age-based distribution from IRA # 3

Line 53: This item is the former personal residence that was rented sporadically after a new home was built and moved into on 1/31/2014. The old personal residence property was sold on 8/01/2017 for $310,000.

Lines 54,55, and 56 report the acquisitions of real property behind the current residence, Lots A and B. Lot A was undeveloped property while Lot B contained a Pole Barn valued at $6,500. These lots are outside the developed neighborhood and were purchased to prevent future development. There were two separate acquisitions and then a portion of Lot B was sold to an adjacent property owner.

Line 54: 1.03 acres located in Pike Road, Montgomery County, Alabama, Bought on 2/15/2017 for $35,000 for undeveloped property

Line 55: 1.16 acres located in Pike Road, Montgomery County, Alabama, Bought on 8/17/2017 for $38,661 for undeveloped property with a pole barn.

Line 56: 0.39 acres out of 1.16 acres reported as acquired on Line 55 was sold on 9/06/17 for $12,177. Cost basis allocated to 0.39 acres sold was $12,177, with a net realized gain on sale of $0. Remaining acreage for Line 55 subject property after sale is .64 acres with a cost basis of $19,989.

AMENDED REPORT NOTES

Corrections to original line 15, 16, and 17:

Lines 15 and 16: General note about life insurance: Neither the filer nor his spouse own any interest in any life insurance policy in which either filer or spouse have knowledge of or control the investments, if any, in the policy or underlying the policy.

Line 15: Further explanation and correction: This Principal policy is a Universal Life Protector policy, which the filer construes as a Universal life policy. In any event, see general note above. There are no assets to report because neither the filer, nor his spouse, know of, or control, any such assets. The word "variable" is not on the policy and was added in error. The Amended Report has the correct title/descriptor of the policy and is intended to amend prior reports.

Line 16: Originally reported as "Principal #302 WKW 318 Variable Universal Life." This policy is in fact, a Term Policy and is not required to be reported. Thus, it was removed from the amended report.

Original Line 17: Northwestern Mutual TM 010 Extraordinary Life is a paid-up whole-life policy. See general note above.

Original line 20 was intended to be a header line and is removed in the amended report in favor of new Line 23.

New lines 18 (Header), 19, 20, and 21 added to show the individual holdings in the LPL Financial; IRA #2 that were transferred to Ameriprise IRA #2 Original Lines 20, 21, 22, 23, and 24 are now Lines 23 (header), 24, 25,26, and 27.

Original Lines 25, 26 ,27, 28, 29, 30, 31, 32, 33, 34, and 35 are now Lines 28 (Header), 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38. Original Line 36 was intended to be a header line and is now corrected to Line 39 (Header) (Ameriprise IRA # 3)

Original lines 37 through 51 are now Lines 40 through 54 (Ameriprise IRA # 3)

Original Lines 52 through 56 are now Lines 55 through 59

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 09/06/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544